UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARLENE R.M. CHASE,

                       Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 1739 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 1 2 2005 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on July 11, 2005, dismissing the case for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b); it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered dismissing the case for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).


Dated: Brooklyn, New York
         July 11, 2005

                                               /s/
                                 ROBERT C. HEINEMANN
                                 Clerk of Court